UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFREY TODD NICHOLS AND<br>VIRGINIA EVANS NICHOLS,<br><br>PLAINTIFFS<br><br>v.<br><br>WHITNEY BANK, EQUIFAX<br>INFORMATION SERVICES, L.L.C.,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC,<br><br>DEFENDANTS | Case No. 3:15-CV-00576-BAJ-RLB |

**MOTION FOR DISMISSAL**

COMES NOW, through undersigned counsel, Plaintiffs/Defendants-in-Counter-Claim, Jeffrey Todd Nichols and Virginia Evans Nichols, and Defendant/Plaintiff-in-Counter-Claim, Whitney Bank, which respectfully represent that Plaintiffs and Whitney Bank have reached an amicable compromise and settlement and Plaintiffs desire to dismiss their Complaint against Whitney Bank, as amended, and all claims and demands asserted by Plaintiffs against Whitney Bank in this litigation, with prejudice, each party to bear its own attorneys' fees and costs, and, Plaintiff-in-Counter-Claim, Whitney Bank, desires to dismiss its Counter-Claim against Jeffrey Todd Nichols and Virginia Evans Nichols WITHOUT PREJUDICE, each party to bear its own attorneys' fees and costs. Therefore Jeffrey Todd Nichols, Virginia Evans Nichols, and Whitney Bank respectfully move this Court for an Order dismissing: (i) the Complaint, as amended, against Whitney Bank in its entirety, with prejudice, and (i) the Counter-Claim, without

prejudice, each party to bear its own attorneys' fees and costs.

WHEREFORE, Jeffrey Todd Nichols, Virginia Evans Nichols, and Whitney Bank pray that the Complaint by Plaintiffs, as amended, as against Whitney Bank, and any and all demands, actions, claims, and causes of action listed or asserted by Jeffrey Todd Nichols and Virginia Evans Nichols against Whitney Bank in this litigation be and the same be dismissed, with prejudice, each party bearing its own costs and attorney's fees and that the Counter-Claim filed herein by Whitney Bank be dismissed, WITHOUT PREJUDICE.

Respectfully submitted,

Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, LLC

/s/ Garth J. Ridge_____
Garth J. Ridge, Bar No. 20589
251 Florida Street, Suite 301
Baton Rouge, LA 70801
Telephone: (225) 343-0700
Fax: (225) 343-7700

Attorney for: Jeffrey Todd Nichols
and Virginia Evans Nichols

/s/ William T. Finn_____
William T. Finn, Bar No. 1359
J. Patrick Gaffney, Bar No. 01893
Dominik J. Cvitanovic, Bar No. 35099
1100 Poydras Street, Suite 3100
New Orleans, Louisiana  70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

Attorneys for Whitney Bank

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of April, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

                    <u>s/Garth J. Ridge</u>
                    **GARTH J. RIDGE**
                    Attorney for Plaintiffs
                    Bar Roll Number:  20589
                    251 Florida Street, Suite 301
                    Baton Rouge, Louisiana 70801
                    Telephone Number:  (225) 343-0700
                    Facsimile Number: (225) 343-7700
                    E-mail: GarthRidge@aol.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEFFREY TODD NICHOLS AND VIRGINIA EVANS NICHOLS, | * * * | |
| PLAINTIFFS | * * | Case No. 3:15-CV-00576-BAJ-RLB |
| v. | * * | |
| WHITNEY BANK, EQUIFAX INFORMATION SERVICES, L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC, | * * * * * | |
| DEFENDANTS | * | |

ORDER

Considering the foregoing Motion for Dismissal filed by Jeffrey Todd Nichols, Virginia Evans Nichols, and Whitney Bank;

IT IS HEREBY ORDERED that the Complaint, as amended, as against Whitney Bank, and any and all demands, actions, claims, and causes of action listed or asserted by Jeffrey Todd Nichols and Virginia Evans Nichols, against Whitney Bank in this litigation be and the same are hereby dismissed, with prejudice, each party bearing its own costs and attorney's fees; and

IT IS FURTHER ORDERED that the Counter-Claim filed herein by Whitney Bank is dismissed WITHOUT PREJUDICE, each party bearing its own costs and attorney's fees.

Baton Rouge, Louisiana, this _____ day of April, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA